UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:13-CR-84-BO-1

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
) ORDER
v. )
)
)
KEOSHA ATKINSON, )
)
Defendant. )
)

For good cause having been shown upon the Motion of the Defendant for an extension of time to file pretrial motion, it is hereby

ORDERED that the Defendant be granted an extension of time up to and including the _1_ day of _November_, 2013, in which to file her pretrial motion and the arraignment of the Defendant continued to the _Au_ day of _January_, 2013.

This the _15_ day of _October_, 2013.

_____
District Court Judge