# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Keosha Atkinson                        Docket No. 7:13-CR-84-1BO

### Petition for Action on Probation

COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Keosha Atkinson, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Heroin, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 6, 2014, to a 4 year term of probation under the standard conditions adopted by the court and the following additional conditions:

1. Maintain a stable residence approved by the U.S. Probation Office.

2. While on supervised release the defendant shall not associate with any felons.

3. While on supervised release the defendant shall remain drug free.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 15, 2014, the probationer submitted to a urine screen which revealed a positive result for the use of marijuana. She denied using the drug, but admitted to riding in a car for 2 hours with several individuals who were smoking marijuana. She stated she did not think she would test positive for the drug just by breathing it and looking back on the situation, she realizes she should not have associated with individuals using any illegal substance.

The probationer was admonished for her behavior and informed that the court will not allow illegal drug use. As a sanction for her behavior, she has agreed to have her supervision conditions modified to include drug aftercare, mental health and cognitive behavioral treatment programs. The cognitive behavioral therapy program is designed to enhance one's self-image and promote development of positive stages of moral reasoning. The probationer is working part time and living with her daughter and mother in a stable residence.

The probationer signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Keosha Atkinson
Docket No. 7:13-CR-84-1BO
Petition For Action
Page 2

        **PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

    Except as herein modified, the judgment shall remain in full force and effect.

    I declare under penalty of perjury that the foregoing is true and correct.

    /s/ Pamela O. Thornton
    Pamela O. Thornton
    Senior U.S. Probation Officer
    2 Princess Street, Suite 308
    Wilmington, NC 28401-3958
    Phone: 910-815-4857
    Executed On: April 29, 2014

## ORDER OF COURT

Considered and ordered this 30 day of April, 2014, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge