UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Keosha Atkinson                                          Docket No. 7:13-CR-84-1BO

### Petition for Action on Probation

COMES NOW Erik J. Graf, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Keosha Atkinson, who upon an earlier plea of guilty to Conspiracy to Distribute and Possession With Intent to Distribute a Quantity of Heroin, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on March 6, 2014, to 48 months probation under the conditions adopted by the court.

Atkinson tested positive for marijuana on two occasions in 2014 and, during the same year, initially failed to properly participate in Moral Reconation Therapy (MRT) and the surprise urinalysis program (SUP) as ordered by the court. Compliance was eventually gained and she successfully graduated from the MRT program, completed substance abuse and mental health treatment, and had no positive drug tests in 2015.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Atkinson tested positive for marijuana on May 10, 2016, and failed to report for a drug tests on May 31, June 2, and June 13, 2016. Atkinson admitted to using marijuana prior to the May 10, 2016, test. She was admonished for using marijuana and has agreed to participate in mandatory substance abuse treatment and the DROPS program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. While under supervision in the Eastern District of North Carolina, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments; First Use – two days; Second Use – five days; Third Use – ten days.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                       I declare under penalty of perjury that the foregoing
                                             is true and correct.

/s/ Robert L. Thornton                       /s/ Erik J. Graf
Robert L. Thornton                           Erik J. Graf
Supervising U.S. Probation Officer           U.S. Probation Officer
                                             2 Princess Street, Suite 308
                                             Wilmington, NC 28401-3958
                                             Phone: 910-679-2031
                                             Executed On: June 21, 2016

Keosha Atkinson
Docket No. 7:13-CR-84-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __21__ day of __June__, 2016 and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
U.S. District Judge