UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Keosha Atkinson          Docket No. 7:13-CR-84-1BO

### Petition for Action on Probation

COMES NOW Erik J. Graf, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Keosha Atkinson, who upon an earlier plea of guilty to Conspiracy to Distribute and Possession With Intent to Distribute a Quantity of Heroin, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on March 6, 2014, to 4 years probation under the conditions adopted by the court.

Atkinson tested positive for marijuana on two occasions in 2014 and, during the same year, initially failed to properly participate in Moral Reconation Therapy (MRT) and the surprise urinalysis program (SUP) as ordered by the court. Compliance was eventually gained and she successfully graduated from the MRT program, completed substance abuse and mental health treatment, and had no positive drug tests in 2015. On June 21, 2016, the court imposed the DROPS program condition on Atkinson in response to a positive urinalysis for marijuana and 3 missed urinalysis tests. On August 15, 2016, the court agreed with the probation officers recommendation to verbally reprimand the offender for incurring a charge for Driving While License Revoked Not by Impaired Revocation and Failure to Maintain Lane Control and failing to inform her officer of these charges within 72 hours.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 19, 2016, Atkinson was charged with Driving While License Revoked Not by Impaired Revocation and Speeding (16CR708488) in New Hanover County District Court in Wilmington, North Carolina. These charges remain pending. Having recently been charged with a similar driving offense, Atkinson could not explain why she was again driving without a license. Further, Atkinson failed to report for urinalysis testing as required on July 16 and August 29, 2016.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Additionally, the probation office will continue to address Atkinson's poor decision through cognitive behavioral techniques.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,       I declare under penalty of perjury that the foregoing is
                true and correct.

/s/ Dwayne K. Benfield       /s/ Erik J. Graf
Supervising U.S. Probation Officer   U.S. Probation Officer
                Wilmington, NC
                Phone: 910-679-2031
                Executed On: August 12, 2016

Keosha Atkinson
Docket No. 7:13-CR-84-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __12__ day of __September__, 2016 and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge