UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Keosha Atkinson                                              Docket No. 7:13-CR-84-1BO

### Petition for Action on Probation

COMES NOW Erik J. Graf, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Keosha Atkinson, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possession With Intent to Distribute a Quantity of Heroin, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 6, 2014, to 48 months probation under the conditions adopted by the court.

On April 30, 2014, probation conditions were modified by adding conditions for drug aftercare, mental health treatment, and cognitive behavioral treatment as a result of a positive urine screen for marijuana.

On July 24, 2014, the offender was allowed to continue supervision and participate in treatment plans as a result of a positive urine screen for marijuana, failing to report for two drug tests, and failing to attend cognitive behavioral treatment classes.

On June 21, 2016, the offender was placed in DROPS program as a result of a positive urine screen and admission of using marijuana and failing to report for three urinalysis tests.

On August 16, 2016, the offender was verbally reprimanded for being charged with Driving While License Revoked and Failure to Maintain Lane Control and failing to notify her supervising officer of her charges within 72 hours. Supervision was continued.

On September 12, 2016, the offender was ordered to perform 24 hours of community service as a result of being charged with a second count of Driving While License Revoked and Speeding and Failing to report for two urinalysis tests.

On September 28, 2016, the offender served two days custody in the New Hanover County Detention Center as a result of an initial DROPS sanction violation for a positive urinalysis submitted on September 8, 2016.

On November 30, 2016, the offender was scheduled to serve five days custody in the New Hanover County Detention Center as a result of a second DROPS sanction violation for a positive urinalysis submitted on November 16, 2016.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Atkinson, a single mother of three children under the age of 10 years, failed to report for her 5-day DROPS sanction due to an inability to secure a caregiver for her children. Additionally, Atkinson tested positive for marijuana on November 29, 2016. Since these violations Atkinson has responded positively to substance abuse treatment and untreated mental health issues have been identified and are also being addressed. As a sanction for her positive test, Atkinson has agreed to submit to 90 days location monitoring and serve her 5-day DROPS sanction.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Keosha Atkinson
Docket No. 7:13-CR-84-1BO
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 90 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 5 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ Erik J. Graf
Erik J. Graf
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2031
Executed On: June 12, 2017

**ORDER OF THE COURT**

Considered and ordered this 12 day of June, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge